UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Hjorica Hammock,

    Plaintiff,

v.

RMA Recovery Group, et al.,

    Defendants.

Case No. 2:19-cv-3185

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On October 21, 2019, Chief Magistrate Judge Deavers issued a report and recommendation ("R&R") recommending that this action be dismissed for failure to prosecute. ECF No. 8. Chief Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 4. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**, and this case is **DISMISSED** in its entirety **WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate this case.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT