**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Hjorica Hammock,

vs.  Case No. 2:19-cv-3185

RMA Recovery Group, *et al.*,   **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the November 12, 2019 Order, the Report and Recommendation is ADOPTED. This case is DISMISSED in its entirety WITHOUT PREJUDICE.

Date: **November 12, 2019**          **Richard Nagel, Clerk**


   s/ Jennifer Kacsor
   By Jennifer Kacsor/Courtroom Deputy